IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JIMMY SULLIVAN and
CHARLOTTE SULLIVAN                                                                                                PLAINTIFFS

v.                                            Civil No. 1:15-cv-01007

U.S. BANK, N.A.                                                                                                           DEFENDANT

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Defendant's Motion For Summary Judgment. ECF No. 19. Plaintiff filed a response to this motion. ECF No. 26. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Susan O. Hickey referred this motion to this Court for the purpose of making a report and recommendation.

On April 25, 2016 the parties appeared for a hearing on Defendant's Motion for Summary Judgment**.** ECF No. 28. Prior to hearing, the parties announced they had resolved this matter and had prepared an Agreed Order of Dismissal. The Agreed Order of Dismissal provides for this matter to be dismissed without prejudice. A copy of the proposed Agreed Order of Dismissal is attached hereto. The original Agreed Order of Dismissal is being forward to Judge Hickey for review.

The parties also agreed that the pending Motion For Summary Judgment (ECF No. 19) should be denied as moot. Finally, the parties agreed to waive the fourteen (14) day time period in which to file objections to this Report and Recommendation.

Accordingly, I recommend that Defendant's Motion for Summary Judgment (ECF No. 19) be **DENIED AS MOOT**.

**FURTHER**, I recommend this matter be dismissed upon the filing of the proposed Agreed Order of Dismissal.

**ENTERED** this **26th day of April 2016.**

                                                              s/ Barry A. Bryant
                                                              HON. BARRY A. BRYANT
                                                              U. S. MAGISTRATE JUDGE